IN THE

# DISTRICT COURT

FOR THE

## CITY AND COUNTY OF PHILADELPHIA.

### PREVIOUS TO MARCH 30, 1835.

## BAKER v. HUNTER.

March Term 1825.

*Exceptions to taxation of bill of costs.*

1. Arbitrators are not entitled to pay until they are organised, unless they are prevented from organizing by the default of the parties, or one of them, or by agreement of the parties attending.

2. The arbitrators or arbitrator attending may from time to time adjourn, for cause shown, on motion of the parties or either of them, and they or he are entitled to pay for the meeting, though no other proceedings are had.

3. If the arbitrators adjourn on their own motion, when one or both the parties are attending, without proceeding in the cause, and without the consent of one or both parties, they are not entitled to pay.

THIS case came up on exceptions to the prothonotary's taxation of the bill of costs, in which fees had been allowed to arbitrators for their attendance upon several occasions, when, of their own motion, they adjourned. Two or more of the arbitrators had previously met without organizing, and fees for their attendance then were allowed in this bill.

*Grinnell*, for the exceptions.

*Brewster, contra.*

THE COURT (BARNES, *President* ; HALLOWELL, J. ; and COXE, J.), in determining the points raised, laid down the general rules stated at the head of this case, and ordered the bill to be taxed accordingly.